**166**

STATE of Missouri, Respondent,

v.

Kenny WOODS, Appellant.

No. 66283.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 5, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the judgment entered after his conviction by jury of possession of a controlled substance. The trial court sentenced defendant as a prior and persistent offender to five years imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 30.25(b).